HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GREGORY SCOTT GRANT,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | CASE NO. C11-5824 RBL<br><br>ORDER DENYING CERTIFICATE OF APPEALABILITY |

THIS MATTER is before the Court on remand from the Ninth Circuit for the limited purpose of determining whether or not Petitioner Grant is entitled to a certificate of appealability on his 28 U.S.C. §2255 claim.

For the reasons stated in this Court's Order [Dkt. #8], the Court DECLINES to issue a certificate of appealability because the defendant has failed to make "a substantial showing of a denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED.**

ORDER DENYING CERTIFICATE OF
APPEALABILITY - 1

1    The Clerk shall send uncertified copies of this order to all counsel of record, and to any

2 party appearing pro se.

3    IT IS SO ORDERED.

4    Dated this 20th day of June, 2012.

Ronald B. Leighton
United States District Judge